**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: | Case No.  09-10681-TMW |
| BAUM, BETHANI | Chapter 7 |
| Debtor. | |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000001A | Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK 73102-7801 | $0.26 |
| 000001B | Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK 73102-7801 | 1.13 |
| 000002 | American Collection Services Inc<br>3100 SW 59th<br>P O Box 44069<br>Oklahoma City, OK 73144-1069 | 1.20 |
| 000003 | American Management Services<br>P O Box 44069<br>Oklahoma City, OK 73114 | 1.45 |
| 000004 | American Management Services<br>P O Box 44069<br>Oklahoma City, OK 73114 | 2.76 |
| 000007 | SFC – Central Bankruptcy<br>209 Dawson Road, Ste. 4B<br>Columbia, SC 29223 | 2.75 |

**TOTAL**                                                                                      **$9.55**


DATED: April 29, 2010


/s/ Robert A. Brown_____
ROBERT A. BROWN, Trustee, OBA #11235
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK  74074
405.377.8185
bob@bobbrownattorney.com

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE. SUITE 102
STILLWATER, OK 74074

CUSTOMER CONNECTION
32-1/1110 TX
0

**3006**

| DATE | AMOUNT |
|------|--------|
| 04/29/10 | \*\*\*\*\*\*\*\*\*\*\*9.55 |

## 2299332

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 09-10681    TMW    Debtor: BAUM. BETHANI | |

United States Bankruptcy Court
OK

*Nine Dollars And 55/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈"003006"⑈ ⑆: ▓▓▓▓▓▓▓: ▓▓▓▓2350"⑈

| Date: 04/29/10 | Check Number:  3006 | Amount:     9.55 |
|----------------|---------------------|------------------|

Case Number: 09-10681     TMW
Debtor Name: BAUM. BETHANI
SSN: ▓▓▓▓0939

| Paid To:    United States Bankruptcy Court<br>OK | Trustee:  ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|

Description:   REMITTED TO COURT

Bank Account Number: ▓▓▓2350