# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:                                          )
                                                )
BETHANI BAUM,                                   )        BK NO.  09-10681-TMW
                                                )        CHAPTER 7
                                                )
                              Debtor.           )

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

 COMES NOW, Robert A. Brown, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

**CLAIMANT:**

| | |
|---|---|
| PEAK 5 | $76.60 |
| 6782 S. Potomac St. | |
| Centennial, CO 80112 | |

**TOTAL:**  **$76.60**

 A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE:  September 15, 2010

       /s/ Robert A. Brown
       Robert A. Brown, Trustee, OBA #11235
       123 West 7th Avenue, Suite 102
       Stillwater, Oklahoma 74074
       405-377-8185
       bob@bobbrownattorney.com

(5-1) Southwest Okla FCU

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**3007**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX
0

| DATE | AMOUNT |
|------|--------|

09/15/10    **********76.60

1835804

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 09-10681    TMW    Debtor: BAUM, BETHANI | |

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

*Seventy Six Dollars And 60/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈⑈00300 7⑈ ⑈: ▇▇▇▇ ⑈: ▇▇▇▇ 2350⑈

---

| Date: 09/15/10 | Check Number: 3007 | Amount:    76.60 |
|----------------|--------------------|-----------------|

| Case Number:  09-10681    TMW | |
|---|---|
| Debtor Name:  BAUM, BETHANI | |
| SSN: ▇▇-▇-0939 | |
| **Paid To:**  U S BANKRUPTCY COURT CLERK<br>215 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY OK 73102 | **Trustee:**  ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |

Description:   (5-1) Southwest Okla FCU

Bank Account Number:   ▇▇▇▇2350